UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   INDICTMENT

        -v.-                        :

ROBERTO ANTONIO SANTIAGO-SERRATA,  :   07 CRIM. 332

                Defendant.       :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about January 25, 2007, in the Southern District of New York and elsewhere, ROBERTO ANTONIO SANTIAGO-SERRATA, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission a felony, to wit, a conviction on or about November 7, 2005, in New York State Supreme Court, Bronx County, for criminal possession of a controlled substance in the third degree, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ROBERTO ANTONIO SANTIAGO-SERRATA,

Defendant.

---

### INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) & (b)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

---

*Post-it*
*4/23/07*
*Filed Ind.*
*Ellis, J.*