UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                                      :

UNITED STATES OF AMERICA        :

        -v.-                 :
                               :  07 Cr. 332
ROBERTO ANTONIO SANTIAGO-SERRATA,  :
    a/k/a "Roberto Santiago,"      :

                Defendant.    :

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

       MICHAEL M. ROSENSAFT, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one ROBERTO ANTONIO SANTIAGO-SERRATA (NYSID#0284191Z), a/k/a Roberto Santiago, now detained at the George R. Vierno Center, 09-09 Hazen St., East Elmhurst, NY 11370, has been charged in an indictment with violating Title 8, United States Code, Sections 1326(a) & (b)(1).

       By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that ROBERTO ANTONIO SANTIAGO-SERRATA, a/k/a Roberto Santiago, the defendant, can be brought before this Court to be available for prosecution in the Complaint captioned <u>United States v. Roberto Antonio Santiago-Serrata</u>, 07 Cr. 332.  No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully prays that a writ of <u>habeas</u> <u>corpus</u> <u>ad</u> <u>prosequendum</u> issue, directing the Warden of the George R. Vierno Center, the United States Marshal for the Southern District of New York, or any other authorized law enforcement officers, including but not limited to Deportation Officer Kenneth Lopez of Immigration and Customs Enforcement, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available and no later than on or about May 25, 2007, and to appear as necessary thereafter in that case until ROBERTO ANTONIO SANTIAGO-SERRATA, a/k/a Roberto Santiago, shall have been discharged or convicted and sentenced.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

    /s/ Michael M. Rosensaft
MICHAEL M. ROSENSAFT
Assistant United States Attorney
(212) 637-2366

Dated:   May 3, 2007
        New York, New York