```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    INDICTMENT

             -v.-                     :
                                           S1 07 Cr. 332
ROBERTO ANTONIO SANTIAGO-SERRATA,     :

                                      :
             Defendant.               :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

MAY 17 2007

## COUNT ONE

The Grand Jury charges:

On or about January 25, 2007, in the Southern District of New York and elsewhere, ROBERTO ANTONIO SANTIAGO-SERRATA, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 7, 2005, in New York State Supreme Court, Bronx County, for criminal possession of a controlled substance in the third degree with the intent to sell it, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

**ROBERTO ANTONIO SANTIAGO-SERRATA,**

Defendant.

---

INDICTMENT

S1 07 Cr. 332

(8 U.S.C. § 1326(a) & (b)(2).)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

5-17-07   Filed Indictment

Pitman
U.S.M.J