**Federal Defenders**
**OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

RECEIVED
OCT 29 2007
U.S. DISTRICT JUDGE
S.D.N.Y.

October 26, 2007

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   **United States v. Roberto Santiago-Serratta**
      **07 Cr. 332 (HB)**

Dear Judge Baer:

This is to request an adjournment of the sentencing hearing presently scheduled for November 1st for approximately two weeks. I conferred with your Deputy Clerk, Dennis Swain, who advised me that if Your Honor approves this request that I should suggest a date of November 15th at approximately 11:00 a.m. I have conferred with Assistant United State Attorney Michael Rosensaft who has no objection to this request.

The reason for the request is that Mr. Santiago-Serratta has been represented in my office by Peter Tsapatsaris, Esq. who recently left our office for another position. I received the final pre-sentence report on today's date and need time to meet and review the report with my client.

Respectfully submitted,

John J. Byrnes
Attorney-in-Charge
Tel.:(212) 417-8735

JJB/ef

cc:   Michael Rosensaft, Esq.
      Assistant United States Attorney

[Handwritten note from Judge: I have absolutely no idea why I should grant this, but for the significant PS memo, you are deplorable, but I will put it over to 11/15 at 11AM]

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 11/29/07

Endorsement:

    I have absolutely no idea why I should grant this but for the significant defendant's memo you are doubtless preparing I will put it over to 11/15 at 11 AM.