# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

SANTIAGO-SERRATA, ROBERTO ANTONIO,

Docket Number __S1 07 CR. 332 (HB)__

HONORABLE HAROLD BAER
(District Court Judge)

Notice is hereby given that the defendant ROBERTO ANTONIO SANTIAGO-SERRATA appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____
(specify)

entered in this action on __11/16/07__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:   conviction only [ ] :   sentence only [ ] :   conviction and sentence [✓]

Date: **NOVEMBER 26, 2007**

TO:
MICHAEL ROSENSAFT, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

ROBERTO A. SANTIAGO-SERRATA
REG. NO. 59989-054
MDC

ADD ADDTIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings 7/13/07<br>[ ] Trial<br>[✓] Sentence 11/16/07<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature   JOHN J. BYRNES, ESQ.   DATE   11/26/2007

► **COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL