**MANDATE ORIGINAL**

SDNY/NYNY
07-CR-332
Baer

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------X
UNITED STATES OF AMERICA,           :      S T I P U L A T I O N
        - v -                       :
                                           Docket No. 07-5319-cr
**SANTIAGO-SERRATA**,                   :
                                           UNITED STATES COURT OF APPEALS
            Appellant.              :      FILED
                                           MAY 1 3 2008
----------------------------------X        Catherine O'Hagan Wolfe, Clerk
                                           SECOND CIRCUIT

It is hereby stipulated by and between the undersigned and with the approval of **Roberto Santiago-Serrata** that the above captioned appeal is withdrawn.

Dated: New York, New York
       April 23, 2008

By: _____
**ROBERTO SANTIAGO-SERRATA**

By: _____
**COLLEEN P. CASSIDY, ESQ.**
Federal Defenders of New York, Inc.
Appeals Bureau
52 Duane Street, 10th Floor
New York, New York 10007
Tel. No.: (212) 417-8742

By: _____
**MICHAEL ROSENSAFT, ESQ.**
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel. No.: (212) 637-2366

**SO ORDERED:**

_____    FOR THE COURT:
   Date         CATHERINE O'HAGAN WOLFE,
                By: Joy Fallek
                Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____

Certified 5-13-08

**ORIGINAL**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------X

UNITED STATES OF AMERICA,        :      **S T I P U L A T I O N**

        - v -                    :      Docket No. 07-5319-cr

**SANTIAGO-SERRATA**,             :

            Appellant.           :

------------------------------------X

*[STAMP: UNITED STATES COURT OF APPEALS FILED MAY 13 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

It is hereby stipulated by and between the undersigned and with the approval of **Roberto Santiago-Serrata** that the above captioned appeal is withdrawn.

Dated:  New York, New York
        April 23, 2008

By: _____[signature]_____
**ROBERTO SANTIAGO-SERRATA**

By: _____[signature]_____
**COLLEEN P. CASSIDY, ESQ.**
Federal Defenders of New York, Inc.
Appeals Bureau
52 Duane Street, 10th Floor
New York, New York 10007
Tel. No.: (212) 417-8742

By: _____[signature]_____
**MICHAEL ROSENSAFT, ESQ.**
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel. No.: (212) 637-2366

**SO ORDERED:**

_____
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _____[signature]_____
Joy Fallek, Administrative Attorney